IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COOPER KIOUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-16-990-R |
| | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, | ) |
| INC., and PFIZER, INC., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this 8th day of December, 2016, Judgment is hereby entered in favor of Teva Pharmaceuticals USA, Inc.

IT IS SO ORDERED this 8th day of December, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE